IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LASHUNDA BRAZELL, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:09cv00789 SWW |
| | * | |
| | * | |
| JRK RESIDENTIAL AMERICA, LLC, | * | |
| sued as JRK PROPERTY HOLDINGS,[1] | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that defendant JRK Residential America LLC's motion to dismiss plaintiff Lashunda Brazell's amended complaint [doc.#14] be granted as to plaintiff's Title VII race discrimination claim; the Court declines to accept supplemental jurisdiction over plaintiff's state-law claims.

IT IS SO ORDERED this 23rd day of March 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff sued defendant as "JRK Property Holdings" but defendant states its correct name is "JRK Residential America, LLC."